## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GIFFORDS LAW CENTER TO PREVENT
GUN VIOLENCE,

       *Plaintiff*,

       vs.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

       *Defendant*.

Case No. 17-2363 (RC)

### JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff, Giffords Law Center to Prevent Gun Violence (Giffords Law Center), and

Defendant, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), jointly submit this

proposed schedule for proceedings in this matter.

Giffords Law Center filed a Complaint against ATF under the Freedom of Information

Act, 5 U.S.C. § 552, *et seq*. (FOIA), on November 9, 2017, regarding two outstanding FOIA

requests that Giffords Law Center had submitted to the agency.  *See* Dkt. No. 1.  The first FOIA

request seeks records that reveal the extent to which individuals affiliated with the Washington

gun lobby affected the statements and actions of Administration officials in the period

immediately following the mass shooting in Las Vegas, Nevada.  *See id*. at 7.  The second FOIA

request seeks records that reveal the extent to which the Washington gun lobby influenced the

Administration's gun policy decisions, more generally.  *See id*. at 9.  ATF has searched for this

second request and states it has been unable to locate any evidence of its receipt.  Giffords Law

Center has provided to ATF a copy of the second FOIA request and the accompanying

transmission email that Giffords Law Center has in its records. Nonetheless, the parties are currently attempting to address this issue without the need for judicial intervention.

ATF filed an Answer on December 19, 2017. On January 9, 2018, based upon a proposal by the parties, the Court entered a scheduling order governing the production of records in this case. The Scheduling Order requires that:

- By February 16, 2018, ATF will review at least 500 pages of records that are potentially responsive to Plaintiff's first FOIA request, and produce those records or portions thereof which are non-exempt to Plaintiff. On that same date, ATF will also produce all records that it will have by then produced to another requester in response to a pending FOIA request that is substantially similar to Plaintiff's second FOIA request.

- ATF will make monthly productions of non-exempt records or portions thereof on a rolling basis thereafter. These productions will be based on a review of at least 750 pages of potentially responsive records per month. Such releases will take place on the 15th of each month.

- The parties will continue to meet and confer regarding ATF's search(es), the scope of potentially responsive records, and the possibility of focusing or narrowing the search and review process.

- The parties will file a joint status report on February 16, 2018.

*See* Dkt. No. 12.

ATF has informed Plaintiff that it will, today, release to Plaintiff 522 pages of records responsive to Plaintiff's first FOIA request, as well as 1,134 pages of records produced in response to another request with the pending FOIA request that is substantially similar to Plaintiff's second FOIA request.

In addition, ATF has completed searching for records responsive to Plaintiff's first FOIA request, and has identified 2,553 pages of responsive records. ATF has also located approximately 190,000 pages of records that are potentially responsive to Plaintiff's second FOIA request. The parties will confer with regard to limiting the scope of the search on Plaintiff's second FOIA request in light of the large number of potentially responsive records identified to date by ATF. The parties intend to complete these discussions within the next two weeks.

The parties will file a joint status report on April 30, 2018.

Dated: February 16, 2018                                 Respectfully submitted,

                                                         /s/ *Robin F. Thurston*
                                                         Javier M. Guzman (D.C. Bar No. 462679)
                                                         Robin F. Thurston (D.C. Bar No. pending,
                                                         *pro hac vice*)
                                                         Democracy Forward Foundation
                                                         P.O. Box 34553
                                                         Washington, DC 20043
                                                         (202) 448-9090
                                                         jguzman@democracyforward.org
                                                         rthurston@democracyforward.org

                                                         J. Adam Skaggs (*pro hac vice*)
                                                         Giffords Law Center to Prevent Gun
                                                         Violence
                                                         223 West 38th St. #90
                                                         New York, NY 10018
                                                         (917) 680-3473
                                                         askaggs@giffords.org

                                                         *Counsel for Plaintiff*


                                                         JESSIE K. LIU,
                                                         D.C. BAR # 47284
                                                         United States Attorney
                                                           for the District of Columbia

                                                         DANIEL F. VAN HORN
                                                         D.C. BAR # 924092

Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*