THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIFFORDS LAW CENTER TO PREVENT
GUN VIOLENCE,

   *Plaintiff*,

   vs.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

   *Defendant*.

Case No. 17-2363 (RC)

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff, Giffords Law Center to Prevent Gun Violence (Giffords Law Center), and Defendant, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), jointly submit this proposed schedule for further proceedings in this matter.

Giffords Law Center filed a Complaint against ATF under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. (FOIA), on November 9, 2017, regarding two outstanding FOIA requests that Giffords Law Center had submitted to the agency. *See* Dkt. No. 1. The first FOIA request seeks records that reveal the extent to which individuals affiliated with the Washington gun lobby affected the statements and actions of Administration officials in the period immediately following the mass shooting in Las Vegas, Nevada. *See id*. at 7. The second FOIA request seeks records that reveal the extent to which the Washington gun lobby influenced the Administration's gun policy decisions, more generally. *See id*. at 9.[1]

---

[1] ATF has searched for this second request and states it has been unable to locate any evidence of its receipt. Giffords Law Center has provided to ATF a copy of the second FOIA request and the accompanying transmission email that Giffords Law Center has in its records. ATF is currently processing that request as well.

On January 9, 2018, based upon a proposal by the parties, the Court entered a scheduling order governing the production of records in this case calling for monthly productions of responsive, non-exempt records.  *See* Dkt. No. 12.  ATF has been making monthly productions, based upon a review of at least 750 pages of potentially responsive records per month.  ATF previously anticipated that it would complete its production of responsive non-exempt records by August 26, 2019.  ATF has now determined that it will complete its production no later than November 13, 2019, following the discovery of additional potentially responsive records.  Accordingly, the parties suggest that they file a joint status report proposing a schedule for future proceedings in this matter by November 22, 2019.

Dated: September 12, 2019

Respectfully submitted,

/s/ Robin F. Thurston
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

J. Adam Skaggs (*pro hac vice*)
Giffords Law Center to Prevent Gun Violence
223 West 38th St. #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for Plaintiff*

JESSIE K. LIU,
D.C. BAR # 47284
United States Attorney
   for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division


*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*