IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br><br>*Defendant*. | Case No. 17-cv-2363-RC |

**NOTICE OF WITHDRAWAL OF JAVIER M. GUZMAN AS COUNSEL**

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Javier M. Guzman is no longer counsel for Plaintiff in this matter. Please continue to direct all future mailings to Robin Thurston of Democracy Forward Foundation and J. Adam Skaggs of Giffords Law Center to Prevent Gun Violence, who will remain counsel of record for Plaintiff.

Dated: December 2, 2019

Respectfully submitted,

/s/ *Javier M. Guzman*

Javier M. Guzman (D.C. Bar No. 462679)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

J. Adam Skaggs (*pro hac vice*)
Giffords Law Center to Prevent Gun Violence
223 West 38th Street #90

New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for Plaintiff*