# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>*Plaintiff*,<br><br>vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Case No. 17-2363 (RC) |

## **STIPULATION OF DISMISSAL**

Plaintiff, Giffords Law Center to Prevent Gun Violence, and Defendant, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, hereby stipulate to the dismissal of this matter, with each side to bear its own costs and fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

January 22, 2020

Respectfully submitted

/s/ *Robin F. Thurston*
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rthurston@democracyforward.org

J. Adam Skaggs (*pro hac vice*)
Giffords Law Center to Prevent Gun Violence
223 West 38th St. #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

*Counsel for Plaintiff*

JESSIE K. LIU,
D.C. BAR # 47284
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division


*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div. Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*